UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSHUA EVERITT PRUEITT,<br><br>                Plaintiff,<br><br>   v.<br><br>COLUMBIA RIVER MENTAL HEALTH SERVICES,<br><br>                Defendant. | CASE NO. 3:25-cv-05299-KKE-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed, *de novo*, the Report and Recommendation of the assigned United States Magistrate Judge, to which no objections were received, and the remainder of the record, Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is dismissed with prejudice.

    (3)    The Clerk shall provide Plaintiff with a copy of this Order.

Dated this 30th day of May, 2025.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1